Richard A. Marshack (TR), Chapter 7 Trustee
870 Roosevelt
Irvine, CA 92620
pkraus@marshackhays.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| STEIN LIFE NEUROLOGY MEDICAL SPECIA | § | Case No.  8:16-bk-13114-ES |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Richard A. Marshack (TR), Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $5,000.00 (Without deducting any secured claims) | Assets Exempt: $0.00 |
| Total Distributions to Claimants: $40,806.76 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $34,391.32 | |

3) Total gross receipts of $75,198.08 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $75,198.08 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3** ) | $40,000.00 | $38,267.30 | $38,267.30 | $38,267.30 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | NA | $34,391.32 | $34,391.32 | $34,391.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | $32,000.00 | $12,850.00 | $12,850.00 | $2,539.46 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7** ) | $142,151.69 | $95,213.21 | $95,212.24 | $0.00 |
| **TOTAL DISBURSEMENTS** | $214,151.69 | $180,721.83 | $180,720.86 | $75,198.08 |

4) This case was originally filed under chapter 7 on 07/22/2016. The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.**  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :    09/10/2019                          By :    /s/ Richard A. Marshack (TR)

                                                                              Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable | 1121-000 | $40,000.00 |
| Office Equipment | 1129-000 | $200.00 |
| Midmark Digitaol EKG | 1129-000 | $2,000.00 |
| Internet Domain Names and websites | 1129-000 | $500.00 |
| Customer Lists and Patient Lists | 1129-000 | $100.00 |
| Bank Account WF Business Checking | 1129-000 | $5,001.43 |
| Painting | 1129-000 | $400.00 |
| Office Furniture | 1129-000 | $500.00 |
| Stellate EEG System - not functional | 1129-000 | $2,000.00 |
| Welsh Allyn Blood Pressure Machine | 1129-000 | $1,000.00 |
| Indirect Opthalmoscope | 1129-000 | $300.00 |
| Phone System | 1129-000 | $600.00 |
| Computers / Monitors | 1129-000 | $750.00 |
| Small Refrigerator | 1129-000 | $200.00 |
| Printers | 1129-000 | $150.00 |
| Printer | 1129-000 | $100.00 |
| Office Supplies | 1129-000 | $250.00 |
| Lifelines Track-it Ambulatory EEG Systems | 1129-000 | $20,950.00 |
| Unclaimed Funds held by State of CA | 1229-000 | $196.65 |
| **TOTAL GROSS RECEIPTS** | | $75,198.08 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00003 | Wells Fargo Practice Finance | 4210-000 | $40,000.00 | $38,267.30 | $38,267.30 | $38,267.30 |
| | **TOTAL SECURED** | | $40,000.00 | $38,267.30 | $38,267.30 | $38,267.30 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCHISE TAX BOARD, | 2820-000 | NA | $2,857.27 | $2,857.27 | $2,857.27 |
| Richard A. Marshack | 2200-000 | NA | $219.86 | $219.86 | $219.86 |
| Marshack Hays LLP | 3110-000 | NA | $19,058.00 | $19,058.00 | $19,058.00 |
| Marshack Hays LLP | 3120-000 | NA | $609.84 | $609.84 | $609.84 |
| FRANCHISE TAX BOARD, | 2820-000 | NA | $0.00 | $0.00 | $0.00 |
| Hahn Fife & Company LLP | 3410-000 | NA | $2,898.00 | $2,898.00 | $2,898.00 |
| Hahn Fife & Company LLP | 3420-000 | NA | $343.30 | $343.30 | $343.30 |
| Richard A. Marshack | 2100-000 | NA | $7,009.90 | $7,009.90 | $7,009.90 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | $41.73 | $41.73 | $41.73 |
| International Sureties, LTD | 2300-000 | NA | $38.57 | $38.57 | $38.57 |
| Texas Capital Bank | 2600-000 | NA | $1,314.85 | $1,314.85 | $1,314.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $34,391.32 | $34,391.32 | $34,391.32 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00004A | Diane Stein, M.D. | 5300-000 | $32,000.00 | $12,850.00 | $12,850.00 | $2,539.46 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $32,000.00 | $12,850.00 | $12,850.00 | $2,539.46 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00004 | Diane Stein, M.D. | 7100-000 | NA | $9,150.00 | $9,150.00 | $0.00 |
| 00002 | Stephen E. Abraham, Law Offices | 7100-000 | $11,000.00 | $4,995.21 | $4,995.21 | $0.00 |
| 00001 | North American Resort | 7100-000 | $81,067.00 | $81,068.00 | $81,067.03 | $0.00 |
| | Brandy Lewis | | $2,500.00 | NA | NA | $0.00 |
| | Cigna | | $180.63 | NA | NA | $0.00 |
| | Credit Control Corp | | $8,057.94 | NA | NA | $0.00 |
| | Diversified Consultants Inc. | | $366.86 | NA | NA | $0.00 |
| | Mattel Children's Hospital | | $650.00 | NA | NA | $0.00 |
| | Quest Diagnostics | | $644.61 | NA | NA | $0.00 |
| | Wells Fargo Business Card | | $469.43 | NA | NA | $0.00 |
| | Wells Fargo Business Card | | $65.71 | NA | NA | $0.00 |
| | Wells Fargo Business Line | | $37,149.51 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $142,151.69 | $95,213.21 | $95,212.24 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No:** 16-13114 | **Judge:** Erithe A. Smith |
| **Case Name:** STEIN LIFE NEUROLOGY MEDICAL SPECIA | |
| | |
| **For Period Ending:** 09/10/2019 | |

| | |
|---|---|
| **Trustee Name:** Richard A. Marshack (TR) | |
| **Date Filed (f) or Converted (c):** 07/22/2016 (f) | |
| **341(a) Meeting Date:** 08/30/2016 | |
| **Claims Bar Date:** 12/19/2016 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | Bank Account WF Business Checking | 1,900.00 | 1,900.00 | | 5,001.43 | FA |
| 2. | Security Deposit | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 3. | Accounts Receivable | 40,000.00 | Unknown | | 40,000.00 | FA |
| 4. | Painting | 400.00 | Unknown | | 400.00 | FA |
| 5. | Office Furniture | 500.00 | Unknown | | 500.00 | FA |
| 6. | Office Equipment | 200.00 | Unknown | | 200.00 | FA |
| 7. | Midmark Digitaol EKG | 2,000.00 | Unknown | | 2,000.00 | FA |
| 8. | Stellate EEG System - not functional | 2,000.00 | Unknown | | 2,000.00 | FA |
| 9. | Welsh Allyn Blood Pressure Machine | 1,000.00 | Unknown | | 1,000.00 | FA |
| 10. | Indirect Opthalmoscope | 300.00 | Unknown | | 300.00 | FA |
| 11. | Phone System | 600.00 | Unknown | | 600.00 | FA |
| 12. | Computers / Monitors | 750.00 | Unknown | | 750.00 | FA |
| 13. | Small Refrigerator | 200.00 | Unknown | | 200.00 | FA |
| 14. | Printers | 150.00 | Unknown | | 150.00 | FA |
| 15. | Printer | 100.00 | Unknown | | 100.00 | FA |
| 16. | Office Supplies | 250.00 | Unknown | | 250.00 | FA |
| 17. | Lifelines Track-it Ambulatory EEG Systems | 32,000.00 | Unknown | | 20,950.00 | FA |
| 18. | Internet Domain Names and websites | 500.00 | Unknown | | 500.00 | FA |
| 19. | Customer Lists and Patient Lists | 100.00 | Unknown | | 100.00 | FA |
| 20. | Unclaimed Funds held by State of CA (u) | 0.00 | 190.00 | | 196.65 | FA |

**Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No:** 16-13114 | **Judge:** Erithe A. Smith |
| **Case Name:** STEIN LIFE NEUROLOGY MEDICAL SPECIA | |
| | |
| **For Period Ending:** 09/10/2019 | |

| | |
|---|---|
| **Trustee Name:** Richard A. Marshack (TR) | |
| **Date Filed (f) or Converted (c):** 07/22/2016 (f) | |
| **341(a) Meeting Date:** 08/30/2016 | |
| **Claims Bar Date:** 12/19/2016 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 21. | Possible claims against employees (u) abandon order entered | 0.00 | 0.00 | OA | 0.00 | FA |
| INT. | Post-Petition Interest Deposits (u) | Unknown | NA | | 0.00 | FA |

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| **TOTALS (Excluding Unknown Values)** | 87,950.00 | 7,090.00 | | 75,198.08 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**3/31/19:** A/R collections are complete and Trustee is working on a final report which will be submitted before the end of April 2019.

**3/31/18:** Trustee continues to monitor the A/R collections (through July 2018). Thereafter, Trustee will send the file to an accountant for final returns.

**3/31/17:** Trustee sold the estate's interest in all of the scheduled assets to its principal Dr. Diane Stein. The sale also provided for a sale of A/R up to $35,000. If within eighteen (18) months after the Closing Date Buyer collects more than $35,000 from the outstanding A/R ("Excess A/R"), she will pay to the Estate 50% of any collected A/R in excess of $35,000.01 (collectively, "Excess A/R Payments").

Further, because the A/R will more than likely be paid in the Debtor's name, the Trustee is authorized to receive the accounts receivable collected by Dr. Stein as set forth in paragraph five (5) of the Agreement. Within fourteen (14) days after the submitted checks have cleared, the Trustee is authorized to issue a check back to Dr. Stein in the amount of the accounts receivable provided by Dr. Stein to the Trustee. If for any reason, the Trustee receives Excess A/R Payments as defined in the Agreement from Dr. Stein, the Trustee is authorized to issue a check to Dr. Stein in the amount of 50.0% of the collected Excess A/R Payments.

A/R collection will continue for 18 months at which time the Trustee will close the case.

**Claim info:** Claims have been quickly reviewed and it does not appear that objections are needed.

**Tax info:** estate tax returns have been submitted

**Litigation:** n/a

**Exhibit 8**

Page 3

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No:** 16-13114                              **Judge:** Erithe A. Smith                              **Trustee Name:** Richard A. Marshack (TR)
**Case Name:** STEIN LIFE NEUROLOGY MEDICAL SPECIA                          **Date Filed (f) or Converted (c):** 07/22/2016 (f)
                                                                            **341(a) Meeting Date:** 08/30/2016
**For Period Ending:** 09/10/2019                                          **Claims Bar Date:** 12/19/2016

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 06/30/2019          **Current Projected Date of Final Report(TFR) :**

**Trustee's Signature**    /s/Richard A. Marshack (TR)                 **Date:**  09/10/2019
                           Richard A. Marshack (TR)
                           870 Roosevelt
                           Irvine, CA 92620
                           Phone : (949) 333-7777

UST Form 101-7-TDR (10/1/2010) (Page 8)                                                          **Exhibit 8**

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-13114 | | | Trustee Name: | Richard A. Marshack (TR) |
|---|---|---|---|---|---|
| Case Name: | STEIN LIFE NEUROLOGY MEDICAL SPECIA | | | Bank Name: | Texas Capital Bank |
| | | | | Account Number/CD#: | ******7761 |
| Taxpayer ID No: | **-***1091 | | | Account Name | Checking Account |
| For Period Ending: | 9/10/2019 | | | Blanket bond (per case limit): | 5,000,000.00 |
| | | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/22/2016 | | Transfer from Union Bank | Transfer of funds | 9999-000 | 2,962.22 | | 2,962.22 |
| 10/03/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 2,947.22 |
| 10/09/2016 | [1] | Wells Fargo - acct 7124 ck 140685 | Final turnover of funds from Wells Fargo | 1129-000 | 2,039.21 | | 4,986.43 |
| 11/03/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 4,971.43 |
| 11/14/2016 | | Richard and Diane Stein | purchase of assets | | 67,500.00 | | 72,471.43 |
| | [3] | | 40,000.00 | 1121-000 | | | |
| | [4] | | 400.00 | 1129-000 | | | |
| | [5] | | 500.00 | 1129-000 | | | |
| | [6] | | 200.00 | 1129-000 | | | |
| | [7] | | 2,000.00 | 1129-000 | | | |
| | [8] | | 2,000.00 | 1129-000 | | | |
| | | | Page Subtotals | | 72,501.43 | 30.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 9)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 16-13114 | **Trustee Name:** Richard A. Marshack (TR) |
| **Case Name:** STEIN LIFE NEUROLOGY MEDICAL SPECIA | **Bank Name:** Texas Capital Bank |
| | **Account Number/CD#:** ******7761 |
| **Taxpayer ID No:** **-***1091 | **Account Name** Checking Account |
| **For Period Ending:** 9/10/2019 | **Blanket bond (per case limit):** 5,000,000.00 |
| | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | [9] | | 1,000.00 | 1129-000 | | | |
| | [10] | | 300.00 | 1129-000 | | | |
| | [11] | | 600.00 | 1129-000 | | | |
| | [12] | | 750.00 | 1129-000 | | | |
| | [13] | | 200.00 | 1129-000 | | | |
| | [14] | | 150.00 | 1129-000 | | | |
| | [15] | | 100.00 | 1129-000 | | | |
| | [16] | | 250.00 | 1129-000 | | | |
| | [17] | | 18,450.00 | 1129-000 | | | |
| | [18] | | 500.00 | 1129-000 | | | |
| | [19] | | 100.00 | 1129-000 | | | |
| 12/05/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 60.39 | 72,411.04 |
| | | | Page Subtotals | | 67,500.00 | 60.39 | |

**Exhibit 9**

Page 3

**FORM**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: **16-13114** | Trustee Name: **Richard A. Marshack (TR)** |
| Case Name: **STEIN LIFE NEUROLOGY MEDICAL SPECIA** | Bank Name: **Texas Capital Bank** |
| | Account Number/CD#: ********7761** |
| Taxpayer ID No: **\*\*-\*\*\*1091** | Account Name **Checking Account** |
| For Period Ending: **9/10/2019** | Blanket bond (per case limit): **5,000,000.00** |
| | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 101.19 | 72,309.85 |
| 01/12/2017 | [17] | Brad Levy | Deposit for sale | 1129-000 | 25,000.00 | | 97,309.85 |
| 01/13/2017 | [17] | Brad Levy | Balance for sale | 1129-000 | 2,500.00 | | 99,809.85 |
| 01/30/2017 | | The Hartford - non Estate funds ck 0037365278 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 603.67 | | 100,413.52 |
| 01/30/2017 | | UnitedHealthcare - non Estate funds ck 1164046060 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 45.01 | | 100,458.53 |
| 01/30/2017 | | Cashier's check - non Estate funds ck 0607005509 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 3,697.20 | | 104,155.73 |
| 01/30/2017 | | C Michael Fobar - non Estate funds ck 101432359 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 195.00 | | 104,350.73 |
| 01/30/2017 | | Greater Newport Physicians - non Estate funds ck 540018042 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 164.24 | | 104,514.97 |

| | | | | Page Subtotals | 32,205.12 | 101.19 | |

UST Form 101-7-TDR (10/1/2010) (Page 11)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 16-13114 | Trustee Name: **Richard A. Marshack (TR)** |
| Case Name: **STEIN LIFE NEUROLOGY MEDICAL SPECIA** | Bank Name: **Texas Capital Bank** |
| | Account Number/CD#: ******7761 |
| | Account Name **Checking Account** |
| Taxpayer ID No: **-***1091 | Blanket bond (per case limit): **5,000,000.00** |
| For Period Ending: **9/10/2019** | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/30/2017 | | Greater Newport Physicians - non Estate funds ck 520040664 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 265.58 | | 104,780.55 |
| 01/30/2017 | | Greater Newport Physicians - non Estate funds ck 520035347 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 179.24 | | 104,959.79 |
| 01/30/2017 | | Greater Newport Physicians - non Estate funds ck 520042507 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 114.79 | | 105,074.58 |
| 01/30/2017 | | Greater Newport Physicians - non Estate funds ck 520038145 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 154.24 | | 105,228.82 |
| 01/30/2017 | | Memoriancare Med Foundation  - non Estate funds ck 900078641 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 121.87 | | 105,350.69 |
| 01/30/2017 | | Memoriancare Med Foundation  - non Estate funds ck 900081761 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 262.53 | | 105,613.22 |
| 01/30/2017 | | Memoriancare Med Foundation  - non Estate funds ck 900077781 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 111.87 | | 105,725.09 |
| | | | Page Subtotals | | 1,210.12 | 0.00 | |

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 16-13114 | **Trustee Name:** Richard A. Marshack (TR) |
| **Case Name:** STEIN LIFE NEUROLOGY MEDICAL SPECIA | **Bank Name:** Texas Capital Bank |
| | **Account Number/CD#:** ******7761 |
| **Taxpayer ID No:** **-***1091 | **Account Name** Checking Account |
| **For Period Ending:** 9/10/2019 | **Blanket bond (per case limit):** 5,000,000.00 |
| | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/30/2017 | | Memorialcare Med Foundation  - non Estate funds ck 900077351 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 190.90 | | 105,915.99 |
| 01/30/2017 | | Memorialcare Med Foundation  - non Estate funds ck 900076910 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 121.87 | | 106,037.86 |
| 01/30/2017 | | Cigna - non Estate funds ck 00380131807 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 45.14 | | 106,083.00 |
| 01/30/2017 | | Memorialcare Med Foundation  - non Estate funds ck 900076455 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 237.53 | | 106,320.53 |
| 01/31/2017 | 52001 | INTERNATIONAL SURETIES LTD. 701 POYDRAS STREET SUITE 420 NEW ORLEANS , LA 70139 | Bond Premium | 2300-000 | | 41.73 | 106,278.80 |
| 02/02/2017 | 52002 | Dr. Diane Stein | Refund for overbid on certain assets per order 1/24/17 | 1129-000 | (25,000.00) | | 81,278.80 |
| 02/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 125.16 | 81,153.64 |
| | | | Page Subtotals | | (24,404.56) | 166.89 | |

UST Form 101-7-TDR (10/1/2010) (Page 13)                                                      **Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 16-13114 | |
| Case Name: | STEIN LIFE NEUROLOGY MEDICAL SPECIA | |
| Taxpayer ID No: | **-***1091 | |
| For Period Ending: | 9/10/2019 | |

| | |
|---|---|
| Trustee Name: | Richard A. Marshack (TR) |
| Bank Name: | Texas Capital Bank |
| Account Number/CD#: | ******7761 |
| Account Name | Checking Account |
| Blanket bond (per case limit): | 5,000,000.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/09/2017 | 52003 | Wells Fargo Practice Finance Attn: Rebecca Souza 2000 Powell St Fl 4TH Emeryville, CA 94608 | Per order 1-24-17 | 4210-000 | | 38,267.30 | 42,886.34 |
| 02/13/2017 | | Blue Shield  - non Estate funds ck 939210 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 83.26 | | 42,969.60 |
| 02/14/2017 | 52004 | Dr. Diane Stein 14252 Culver Dr Ste A345 Irvine, CA 92604 | Turnover non-estate accounts receivable per order 1-24-17 | 1180-000 | (6,510.68) | | 36,458.92 |
| 03/01/2017 | 52005 | Dr. Diane Stein 14252 Culver Dr Ste A345 Irvine, CA 92604 | Turnover non-estate accounts receivable per order 1-24-17 | 1180-000 | (83.26) | | 36,375.66 |
| 03/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 107.04 | 36,268.62 |
| 04/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 50.72 | 36,217.90 |
| 04/14/2017 | | St Joseph Heritage Healthcare ck 1509221 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 3,080.00 | | 39,297.90 |

| | | Page Subtotals | (3,430.68) | 38,425.06 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: **16-13114** | Trustee Name: | **Richard A. Marshack (TR)** |
| Case Name: **STEIN LIFE NEUROLOGY MEDICAL SPECIA** | Bank Name: | **Texas Capital Bank** |
| | Account Number/CD#: | ********7761** |
| | Account Name | **Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*1091** | Blanket bond (per case limit): | **5,000,000.00** |
| For Period Ending: **9/10/2019** | Separate bond (if applicable): | **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/14/2017 | | St Joseph Heritage Healthcare ck 1509405 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 998.31 | | 40,296.21 |
| 04/14/2017 | | St Joseph Heritage Healthcare ck 1508959 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 4,790.83 | | 45,087.04 |
| 04/26/2017 | 52006 | Dr. Diane Stein 14252 Culver Dr Ste A345 Irvine, CA 92604 | Turnover non-estate accounts receivable per order 1-24-17 deposits 4/14/17 | 1180-000 | (8,869.14) | | 36,217.90 |
| 05/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 56.39 | 36,161.51 |
| 06/05/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 53.73 | 36,107.78 |
| 06/28/2017 | | ABI Document Support ck 1508959 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 15.00 | | 36,122.78 |
| 06/28/2017 | | Anthem Blue Cross ck 0125121426 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 136.50 | | 36,259.28 |
| | | | Page Subtotals | | (2,928.50) | 110.12 | |

**Exhibit 9**

**FORM**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 16-13114 | |
| Case Name: | STEIN LIFE NEUROLOGY MEDICAL SPECIA | |
| | | |
| Taxpayer ID No: | **-***1091 | |
| For Period Ending: | 9/10/2019 | |

| | |
|---|---|
| Trustee Name: | Richard A. Marshack (TR) |
| Bank Name: | Texas Capital Bank |
| Account Number/CD#: | ******7761 |
| Account Name | Checking Account |
| Blanket bond (per case limit): | 5,000,000.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 50.48 | 36,208.80 |
| 07/12/2017 | 52007 | Dr. Diane Stein 14252 Culver Dr Ste A345 Irvine, CA 92604 | Turnover non-estate accounts receivable per order 1-24-17 deposits 6/28/17 | 1180-000 | (151.50) | | 36,057.30 |
| 08/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 50.51 | 36,006.79 |
| 08/17/2017 | | Optun Bank ck 1033551 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 1,042.00 | | 37,048.79 |
| 08/22/2017 | | Blue Shield  - non Estate funds ck 939210 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 1,771.40 | | 38,820.19 |
| 08/31/2017 | 52008 | Dr. Diane Stein 14252 Culver Dr Ste A345 Irvine, CA 92604 | Turnover non-estate accounts receivable per order 1-24-17 deposit 8/17/17 | 1180-000 | (1,042.00) | | 37,778.19 |
| 09/05/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 51.55 | 37,726.64 |

| | | | | Page Subtotals | 1,619.90 | 152.54 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 16-13114 | |
| Case Name: | STEIN LIFE NEUROLOGY MEDICAL SPECIA | |
| Taxpayer ID No: | **-***1091 | |
| For Period Ending: | 9/10/2019 | |

| | |
|---|---|
| Trustee Name: | Richard A. Marshack (TR) |
| Bank Name: | Texas Capital Bank |
| Account Number/CD#: | ******7761 |
| Account Name | Checking Account |
| Blanket bond (per case limit): | 5,000,000.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/28/2017 | | HealthCare Partners  - non Estate funds ck 221484344 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 2,308.58 | | 40,035.22 |
| 09/28/2017 | | Memorialcare Med Foundation  - non Estate funds ck 900076455 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 1,937.81 | | 41,973.03 |
| 10/04/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 53.85 | 41,919.18 |
| 10/10/2017 | | National Elevator Industry - non Estate funds ck 900076455 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 891.93 | | 42,811.11 |
| 10/10/2017 | 52009 | Dr. Diane Stein 14252 Culver Dr Ste A345 Irvine, CA 92604 | Turnover non-estate accounts receivable per order 1-24-17 deposits 9/28/17 | 1180-000 | (4,246.39) | | 38,564.72 |
| 11/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 58.08 | 38,506.64 |
| 12/04/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 53.81 | 38,452.83 |
| | | | Page Subtotals | | 891.93 | 165.74 | |

UST Form 101-7-TDR (10/1/2010) (Page 17)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 16-13114 | |
| Case Name: | STEIN LIFE NEUROLOGY MEDICAL SPECIA | |
| Taxpayer ID No: | **-***1091 | |
| For Period Ending: | 9/10/2019 | |

| | |
|---|---|
| Trustee Name: | Richard A. Marshack (TR) |
| Bank Name: | Texas Capital Bank |
| Account Number/CD#: | ******7761 |
| Account Name | Checking Account |
| Blanket bond (per case limit): | 5,000,000.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/21/2017 | | HealthCare Partners  - non Estate funds ck 221484344 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 1,639.04 | | 40,091.87 |
| 01/02/2018 | 52010 | Dr. Diane Stein 14252 Culver Dr Ste A345 Irvine, CA 92604 | Turnover non-estate accounts receivable per order 1-24-17 deposits 12/21/17 | 1180-000 | (1,639.04) | | 38,452.83 |
| 01/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 54.55 | 38,398.28 |
| 01/10/2018 | [20] | State of California | Turnover of escheated funds held by State of CA | 1229-000 | 196.65 | | 38,594.93 |
| 02/05/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 54.53 | 38,540.40 |
| 02/08/2018 | 52011 | International Sureties, LTD 701 Poydras St, Suite 420 New Orleans, LA 70139 | Bond Premium | 2300-000 | | 22.31 | 38,518.09 |
| 03/05/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 53.85 | 38,464.24 |
| | | | Page Subtotals | | 196.65 | 185.24 | |

UST Form 101-7-TDR (10/1/2010) (Page 18)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 16-13114 | | | Trustee Name: | Richard A. Marshack (TR) | |
| Case Name: | STEIN LIFE NEUROLOGY MEDICAL SPECIA | | | Bank Name: | Texas Capital Bank | |
| | | | | Account Number/CD#: | ******7761 | |
| Taxpayer ID No: | **-***1091 | | | Account Name | Checking Account | |
| For Period Ending: | 9/10/2019 | | | Blanket bond (per case limit): | 5,000,000.00 | |
| | | | | Separate bond (if applicable): | 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/30/2018 | 52012 | Marshack Hays LLP 870 Roosevelt Irvine , CA 92620 | First interim per order 3/29/18 | 3110-000 | | 15,853.00 | 22,611.24 |
| 03/30/2018 | 52013 | Marshack Hays LLP 870 Roosevelt Irvine , CA 92620 | Expenses First interim per order 3/29/18 | 3120-000 | | 582.92 | 22,028.32 |
| 04/02/2018 | | HealthCare Partners  - non Estate funds ck 221484344 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 105.66 | | 22,133.98 |
| 04/02/2018 | | HealthCare Partners  - non Estate funds ck 221484344 | Per Sale Order 1-24-17, non-Estate funds will be turned over to Dr. Stein | 1180-000 | 161.87 | | 22,295.85 |
| 04/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 53.75 | 22,242.10 |
| 04/16/2018 | 52014 | Dr. Diane Stein 14252 Culver Dr Ste A345 Irvine, CA 92604 | Turnover non-estate accounts receivable per order 1-24-17 deposits 4/2/18 | 1180-000 | (267.53) | | 21,974.57 |
| 05/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 42.45 | 21,932.12 |
| | | | Page Subtotals | | 0.00 | 16,532.12 | |

UST Form 101-7-TDR (10/1/2010) (Page 19)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-13114 | | Trustee Name: | Richard A. Marshack (TR) |
|---|---|---|---|---|

| Case Name: | STEIN LIFE NEUROLOGY MEDICAL SPECIA | | Bank Name: | Texas Capital Bank |
|---|---|---|---|---|

Account Number/CD#: ******7761

| Taxpayer ID No: | **-***1091 | | Account Name | Checking Account |
|---|---|---|---|---|
| For Period Ending: | 9/10/2019 | | Blanket bond (per case limit): | 5,000,000.00 |
| | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/04/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 30.65 | 21,901.47 |
| 07/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 30.61 | 21,870.86 |
| 08/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 30.56 | 21,840.30 |
| 09/04/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 30.52 | 21,809.78 |
| 09/16/2018 | 52015 | Dr. Diane Stein 14252 Culver Dr Ste A345 Irvine, CA 92604 | Turnover non-estate accounts receivable per order 1-24-17 deposits 8/22/17 and 10/10/17 | 1180-000 | (2,663.33) | | 19,146.45 |
| 10/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 30.48 | 19,115.97 |
| | | | Page Subtotals | | (2,663.33) | 152.82 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-13114 | | Trustee Name: | Richard A. Marshack (TR) |
|---|---|---|---|---|
| Case Name: | STEIN LIFE NEUROLOGY MEDICAL SPECIA | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******7761 |
| Taxpayer ID No: | **-***1091 | | Account Name | Checking Account |
| For Period Ending: | 9/10/2019 | | Blanket bond (per case limit): | 5,000,000.00 |
| | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/01/2019 | 52016 | International Sureties, LTD 701 Poydras St, Suite 420 New Orleans, LA 70139 | Bond Premium | 2300-000 | | 16.26 | 19,099.71 |
| 07/17/2019 | 52017 | Richard A. Marshack 870 Roosevelt Irvine , CA 92620 | | 2100-000 | | 7,009.90 | 12,089.81 |
| 07/17/2019 | 52018 | Richard A. Marshack 870 Roosevelt Irvine , CA 92620 | | 2200-000 | | 219.86 | 11,869.95 |
| 07/17/2019 | 52019 | Marshack Hays LLP 870 Roosevelt Irvine , CA 92620 | | 3110-000 | | 3,205.00 | 8,664.95 |
| 07/17/2019 | 52020 | Marshack Hays LLP 870 Roosevelt Irvine , CA 92620 | | 3120-000 | | 26.92 | 8,638.03 |
| 07/17/2019 | 52021 | Hahn Fife & Company LLP 790 E. Colorado Blvd, 9th Fl Pasadena, CA 91101 | | 3410-000 | | 2,898.00 | 5,740.03 |
| 07/17/2019 | 52022 | Hahn Fife & Company LLP 790 E. Colorado Blvd, 9th Fl Pasadena, CA 91101 | | 3420-000 | | 343.30 | 5,396.73 |
| | | | Page Subtotals | | 0.00 | 13,719.24 | |

**Exhibit 9**

Page 14

**FORM**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: **16-13114** | Trustee Name: **Richard A. Marshack (TR)** |
| Case Name: **STEIN LIFE NEUROLOGY MEDICAL SPECIA** | Bank Name: **Texas Capital Bank** |
| | Account Number/CD#: ********7761** |
| Taxpayer ID No: **\*\*-\*\*\*1091** | Account Name **Checking Account** |
| For Period Ending: **9/10/2019** | Blanket bond (per case limit): **5,000,000.00** |
| | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/17/2019 | 52023 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340 PO Box 2952 Sacramento, CA 95812 | | 2820-000 | | 2,857.27 | 2,539.46 |
| 07/17/2019 | 52024 | Diane Stein, M.D. 14252 Culver Dr, Suite A345 Irvine, CA 92604 | Disb of 19.76% to Claim #00004A | 5300-000 | | 2,539.46 | 0.00 |
| | | | Page Subtotals | | 0.00 | 5,396.73 | |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 75,198.08 | 75,198.08 |
| Less:Bank Transfer/CD's | | 2,962.22 | 0.00 |
| **SUBTOTALS** | | 72,235.86 | 75,198.08 |
| Less: Payments to Debtors | | | 0.00 |
| **Net** | | 72,235.86 | 75,198.08 |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: **16-13114** | Trustee Name: | **Richard A. Marshack (TR)** |
| Case Name: **STEIN LIFE NEUROLOGY MEDICAL SPECIA** | Bank Name: | **Union Bank** |
| | Account Number/CD#: | ********6765** |
| Taxpayer ID No: **\*\*-\*\*\*1091** | Account Name | **Checking Account** |
| For Period Ending: **9/10/2019** | Blanket bond (per case limit): | **5,000,000.00** |
| | Separate bond (if applicable): | **0.00** |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/06/2016 | [1] | Wells Fargo - acct 7124 ck 140685 | TURNOVER | 1129-000 | 2,962.22 | | 2,962.22 |
| 08/22/2016 | | Transfer to Texas Capital Bank | Transfer of funds | 9999-000 | | 2,962.22 | 0.00 |

| | | | |
|---|---|---|---|
| Page Subtotals | | 2,962.22 | 2,962.22 |
| **COLUMN TOTALS** | | 2,962.22 | 2,962.22 |
| Less:Bank Transfer/CD's | | 0.00 | 2,962.22 |
| **SUBTOTALS** | | 2,962.22 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| **Net** | | 2,962.22 | 0.00 |

| | |
|---|---|
| All Accounts Gross Receipts: | 75,198.08 |
| All Accounts Gross Disbursements: | 75,198.08 |
| All Accounts Net: | 0.00 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******6765 Checking Account | 2,962.22 | 0.00 | |
| ******7761 Checking Account | 72,235.86 | 75,198.08 | |
| **Net Totals** | 75,198.08 | 75,198.08 | 0.00 |